QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  David E. Azar (Bar No. 218319)
  davidazar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Plaintiffs California Public Employees' Retirement System, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES, et al.,<br><br>Defendants. | CASE NO. CV 08-03491 GPS (PLAx)<br><br>PLAINTIFFS' **EX PARTE APPLICATION** TO MODIFY THE SCHEDULE FOR MOTION TO REMAND AND MOTION TO TRANSFER VENUE<br><br>[[Proposed] Order filed concurrently herewith] |

60979/2534773.1

-1-
PLAINTIFFS' **EX PARTE APPLICATION** TO MODIFY SCHEDULE FOR MOTS TO REMAND AND TRANSFER VENUE

Plaintiffs California Public Employees' Retirement System, et al. ("Plaintiffs"), respectfully apply to this Court ex parte for an order modifying by one week the briefing schedule and hearing date for the anticipated motions to remand and to transfer venue in light of certain preexisting family and personal obligations of counsel and their clients. Specifically:

1. On June 6, 2008, in response to a joint stipulation of the parties, the Court set a briefing schedule for the parties' anticipated motions.

2. Under the schedule ordered by the Court, one set of briefs (the reply briefs to both motions) are due on Monday, July 7, which is the day after the extended July Fourth holiday weekend. Having reply briefs due on that date will impact pre-existing holiday plans for attorneys and their families, along with other professional obligations that were previously scheduled with that short work week in mind. That date will also make it difficult to coordinate with clients in advance of filing papers.

3. Further, Plaintiffs request that the interim date on which the opposition briefs are now due (June 30) be moved back by two days to July 2 to accommodate a preexisting family commitment by a key member of Plaintiffs' team.

4. Accordingly, Plaintiffs request that the Court slightly modify the schedule by extending it one week beyond that ordered by the court, as follows:

| Current Order | Proposed Modification |
|---|---|
| Moving briefs due by June 20 | No change |
| Opposition briefs due by June 30 | Change to July 2 |
| Reply briefs due by July 7 | Change to July 14 |
| Hearing on July 21 | Change to July 28 |

5. Under the proposed schedule, briefing would still be completed two weeks prior to the hearing (and more than two weeks earlier than under the

original schedule submitted by the parties), if the proposed July 28 hearing date is acceptable to the Court.

6. Plaintiffs' counsel has conferred with counsel for the defendants and provided a copy of this application to them. They do not object to the requested relief. Pursuant to local rule 7-19, Plaintiffs have specifically conferred with: Gabor Balassa, Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL 60601, tel. 312-861-2186, counsel for Ernst & Young LLP; Marc Dworsky, Munger, Tolles & Olson LLP, 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, CA 90071-1560, tel. (213) 683-9100, counsel for Wachovia Capital Markets, LLC; and Cary B. Samowitz, DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, Tel. (212) 335-4659; counsel for BDO Seidman, LLP.

DATED: June 10, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Bruce Van Dalsem
Bruce E. Van Dalsem
Attorneys for Plaintiffs

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is : Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On June 10, 2008, I served true copies of the following document(s) described as

**PLAINTIFFS' EX PARTE APPLICATION TO MODIFY THE SCHEDULE FOR MOTION TO REMAND AND MOTION TO TRANSFER VENUE**

on the parties in this action as follows:

| | |
|---|---|
| **Gabor Balassa**<br>Kirkland & Ellis LLP,<br>200 E. Randolph Drive,<br>Chicago, IL 60601 | counsel for Ernst & Young LLP |
| **Emily Nicklin**<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 | counsel for Ernst & Young LLP |
| **Marc Dworsky**<br>Munger, Tolles & Olson LLP,<br>355 South Grand Avenue,<br>Thirty-Fifth Floor,<br>Los Angeles, CA 90071-1560, | counsel for Wachovia Capital Markets, LLC |
| **Cary B. Samowitz**<br>DLA Piper US LLP,<br>1251 Avenue of the Americas, New York, New York 10020-1104 | counsel for BDO Seidman, LLP |

☒ **BY MAIL:** On June 10, 2008, I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ **BY FACSIMILE:** On June 10, 2008, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 443-3100. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2008, at Los Angeles, California.

Susan Truong